Steve HARRIS; Dennis F. Ramos, aka Dennis Ramos; Donald Hanks; Jorge Torres; Albert Cappa, On Behalf of Themselves and All Others Similarly Situated, Plaintiffs–Appellants,

v.

AMGEN, INC.; Amgen Manufacturing, Limited; Frank J. Biondi, Jr.; Jerry D. Choate; Frank C. Herringer; Gilbert S. Omenn; David Baltimore; Judith C. Pelham; Kevin W. Sharer; Frederick W. Gluck; Leonard D.

Schaeffer; Charles Bell; Jacqueline Allred; Amgen Plan Fiduciary Committee; Raul Cermeno; Jackie Crouse; Fiduciary Committee of the Amgen Manufacturing Limited Plan; Lori Johnston; Michael Kelly, Defendants–Appellees,

Dennis M. Fenton; Richard Nanula; The Fiduciary Committee; Amgen Global Benefits Committee; Amgen Fiduciary Committee, Defendants.

No. 10–56014.

United States Court of Appeals, Ninth Circuit.

March 28, 2016.

Stephen J. Fearon, Jr., Squitteri & Fearon, LLP, New York, NY, Francis M. Gregorek, Betsy C. Manifold, Rachele R. Rickert, Wolf Haldenstein Adler Freeman & Herz LLP, San Diego, CA, Daniel L. Keller, Esquire, Keller, Fishback & Jackson, LLP, Tarzana, CA, Thomas James McKenna, Esquire, Gainey McKenna & Egleston, New York, NY, Mark C. Rifkin, Wolf Haldenstein Adler Freeman & Herz LLP, New York, NY, for Plaintiffs–Appellants.

Emily Seymour Costin, Jonathan Rose, Alston & Bird LLP, Washington, DC, Steven Oliver Kramer, Esquire, Mayer Brown LLP, Los Angeles, CA, Jonathan David Moss, Sheppard Mullin Richter & Hampton LLP, Los Angeles, CA, Moez Kaba, Steven Feldman, Esquire, Hueston Hennigan LLP, Los Angeles, Ca, Glenn Vanzura, Bruce Adam Wessel, Irell & Manella LLP, Los Angeles, CA, Daniel Volchok, Seth P. Waxman, Wilmer Cutler Pickering Hale and Dorr LLP, Washington, DC, Russell Laurence Hirschhorn, Esquire, Myron D. Rumeld, Esquire, Proskauer Rose LLP, New York, NY, for Defendants–Appellees.

Before: FARRIS and W. FLETCHER, Circuit Judges and KORMAN,* Senior District Judge.

## ORDER

This case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Amgen Inc. v. Harris,* —— U.S. ——, 136 S.Ct. 758, 193 L.Ed.2d 696 (2016).

**REMANDED.**